*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN EDWARD MAZZA,<br><br>    Petitioner,<br><br> v.<br><br>ERIC ARNOLD, Warden,<br><br>    Respondent. | No. C 14-1644 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br><br><br>(Docket No. 7) |

    Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2014, the court issued an order to show cause directing respondent to file an answer or a dispositive motion within sixty days. (Docket No. 6.) On October 20, 2014, respondent filed a motion requesting an extension of time in which to file an answer or a dispositive motion because counsel had only been assigned to represent respondent on October 10, 2014. (Docket No. 7.)

    Having shown good cause, respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **within thirty (30) days** from the filing date of this order. Petitioner shall file a traverse **within thirty (30) days** of the filing of an answer, or an opposition **within twenty-eight (28) days** of the filing of a dispositive motion. If respondent files a dispositive motion, he shall file a reply within **fourteen (14) days** from the filing date of an opposition.

Order Granting Motion for Extension of time to Respond
P:\PRO-SE\RMW\HC.14\Mazza644eot-ans.wpd

1   This order terminates docket number 7.

2   IT IS SO ORDERED.

3   DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRYAN EDWARD MAZZA,

        Plaintiff,

  v.

ERIC ARNOLD, et al,

        Defendant.

Case Number: CV14-01644 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bryan Edward Mazza J-97356
CSP Solano/12-125L
PO Box 4000
Vacaville, CA 95696-4000

Dated: December 17, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk